# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| MARTIN NGANGA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:22-cv-144 (MTT) |
| ROBINS FEDERAL CREDIT UNION, et al., | ) |
| Defendants. | ) |

## ORDER

Pursuant to the Court's October 25, 2022 Order, Plaintiff Martin Nganga is allowed to proceed only with his 42 U.S.C. § 1981 retaliation claim against Defendants Robins Federal Credit Union ("RFCU") and Mendy Miller. Doc. 7. Because Nganga is proceeding *in forma pauperis*, the Court will order service to be made on Defendants RFCU and Miller. However, Nganga's recast complaint does not indicate who to serve. Doc. 6. Therefore, Nganga is **ORDERED** to submit to the Court by December 5, 2022 the names and addresses of the parties upon which service can be made for Defendants RFCU and Miller.

**SO ORDERED**, this 21st day of November, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT