IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARTIN NGANGA,                                    *

                        Plaintiff,               *

v.                                                    Case No.   5:22-cv-00144-MTT
                                                  *
ROBINS FINANCIAL CREDIT UNION, et al.,
                                                  *
                        Defendants.
_____                 *


## <u>J U D G M E N T</u>

Pursuant to this Court's Order dated October 25,2022 and March 19, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 19th day of March, 2024.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk